1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   CEDINA M. KIM
4  Assistant United States Attorney
   Senior Trial Attorney
5  MICHAEL MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
6  Office of the General Counsel
         Social Security Administration
7        6401 Security Boulevard
         Baltimore, Maryland 21235
         Telephone: (510) 970-4836
8        E-Mail: Michael.Marriott@ssa.gov

9  Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANNY EDDIE SOLIS, | ) | Case No. 5:23-cv-02599-PD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT OF REMAND** |
| MARTIN O'MALLEY,<br>Commissioner of<br>Social Security, | ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 26, 2024

*Patricia Donahue*

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE