LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909)   954-2380
    Facsimile: (909)   796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| DANNY SOLIS, | No:  5:23-cv-02599-PD |
| Plaintiff, | EAJA ORDER |
| v. | |
| MARTIN O'MALLEY,[1] Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($4,500.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: June 17, 2024  _____

HON.   PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

-1-